No. 716. NATIONAL SURETY CORP. *v.* McDOWELL.

*Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for the want of a substantial federal question. *Ralph M. Kelton* for appellant. *Jack P. F. Gremillion* for appellee.

---

No. 771. CAVALIER VENDING CORP. ET AL. *v.* STATE BOARD OF PHARMACY ET AL.

*Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for the want of a substantial federal question. *Edward P. Simpkins, Jr.* and *Walter E. Rogers* for appellants. *J. Lindsay Almond, Jr.,* Attorney General of Virginia, and *Frederick T. Gray,* Assistant Attorney General, for appellees.